## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD VOLGRAF,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **GARRISON PROPERTY AND** | : | |
| **CASUALTY INSURANCE COMPANY,** | : | **No. 21-1394** |
| *Defendant* | : | |

## O R D E R

**AND NOW**, this 15th day of April, 2021, upon consideration of the Complaint (Doc. No. 1-3), Defendant's Motion to Dismiss (Doc. No. 2), and Mr. Volgraf's Response in Opposition to the Motion to Dismiss (Doc. No. 4), it is **ORDERED** that the Motion (Doc. No. 2) is **DENIED**.

BY THE COURT:

**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**